EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Suspensiones del ejercicio de la abogacía por incumplimiento con el Programa de Educación Jurídica Continua y las órdenes de este Tribunal | 2021 TSPR 37 206 DPR _____ |

Número del Caso:  TS-7866 y otros

Fecha:  23 de marzo de 2021

Programa de Educación Jurídica Continua:

    Lcda. María Cecilia Molinelli González
    Directora Ejecutiva

Materia: La suspensión será efectiva el 10 de marzo de 2021, fecha en que se le notificó a los abogados y abogadas de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Suspensiones del ejercicio de          TS-7866
la abogacía por incumplimiento          y otros
con el Programa de Educación
Jurídica Continua y las órdenes
de este Tribunal

RESOLUCIÓN
(*Nunc Pro Tunc*)

En San Juan, Puerto Rico, a 23 de marzo de 2021.

El 16 de junio de 2017 concedimos un periodo de exoneración para el pago de multas por cumplimiento tardío con los requisitos del Programa de Educación Jurídica Continua (PEJC) que se extendió desde el 1 de julio de 2017 hasta el 30 de junio de 2018. In re Exoneración Multas Reglamento PEJC, 198 DPR 430 (2017). Finalizado ese periodo, el PEJC se ha dado a la tarea de evaluar a los profesionales del Derecho que aún se encuentran en incumplimiento. A esos fines, el 12 abril de 2019 el Programa de Educación Jurídica Continua (PEJC) nos refirió una gran cantidad de abogados y abogadas que habían incumplido con los requisitos de educación continua durante los periodos de cumplimiento que comenzaron desde el 1 de agosto de 2014 al 31 de julio de 2017 y debían cumplir en o antes del 30 de junio de 2018.

Emitimos Resoluciones concediendo un término de veinte (20) días para que los abogados y abogadas que no habían comparecido mostraran causa por la cual no se les debía suspender del ejercicio de la profesión por incumplir con los requisitos de educación continua y por no comparecer ante el PEJC cuando les fue requerido. Acreditada la incomparecencia de algunos profesionales del Derecho, concedimos un nuevo plazo de diez (10) días para cumplir con la orden para mostrar                                    causa.

En aras de mantener un balance entre el imperativo de ostentar el grado más alto de competencia entre los miembros de nuestra profesión y los efectos en sus circunstancias particulares a raíz de los eventos naturales ocurridos en nuestra historia reciente, así como en consideración del estado de emergencia vigente por la pandemia del COVID-19, otorgamos una serie de concesiones que incluyeron prórrogas, relevos de pagos de multa por cumplimiento tardío y la posposición de avisos de incumplimiento.

Pasado más de un año de oportunidades sin que hayan comparecido según requerido, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Margarita Cortijo Salcedo | TS-7866 |
| Sara H. Cortés Correa | TS-8146 |
| Carmen M. Crespi Borrás | TS-8768 |
| Juan H. Acevedo Méndez | TS-9302 |
| Elsa I. Rojas Rivera | TS-10780 |
| Ismael Cuevas Borrero | TS-11028 |
| Frances Ruiz Saldaña | TS-13060 |
| José M. Ayala Santos | TS-14099 |
| Frances H. Rivera Medero | TS-14896 |
| Maribel Cartagena Cruz | TS-15119 |
| Mario J. Córdova Claudio | TS-15146 |
| Yenilda Meléndez Rivas | TS-15525 |
| Carmen L. Vega Anadón | TS-15765 |
| Jamarie A. Vives Rivera | TS-16758 |
| José Juan Zalduondo Riestra | TS-18461 |
| Gladys Flores García | TS-18547 |
| Beatriz Dari Nieves Rodríguez | TS-18698 |
| Susan Lizbeth Cardona Ramos | TS-18773 |
| Jean Phillippe Cebollero Arias | TS-18878 |
| Esteban Vargas Rodríguez | TS-18988 |

Asimismo, ordenamos la suspensión inmediata e indefinida del ejercicio de la abogacía y de la notaría de los siguientes profesionales del Derecho por incumplir con los requerimientos del PEJC y las órdenes de este Tribunal:

| | |
|---|---|
| Jaime Morgan Stubbe | TS-8090 |
| José A. Cruz Ellis | TS-8319 |
| Migdalia Rodríguez Figueroa | TS-11707 |
| Leslie A. Hernández Flores | TS-13578 |
| Fernando E. Doval Santiago | TS-16143 |
| Arlene Melecio Lebrón | TS-16709 |
| Carlos José Sanabria Mariani | TS-17196 |
| Juan Gabriel Barreto Pérez | TS-18490 |

Se les impone el deber de notificar a todos sus clientes sobre su inhabilidad para continuar representándolos y devolverles cualesquiera honorarios recibidos por trabajos no realizados. Deberán además informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tengan asuntos pendientes. Por último, deberán acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta (30) días a partir de la notificación de esta Resolución. No hacerlo pudiere conllevar que no se les reinstale cuando lo soliciten.

Por su parte, con relación a los profesionales del Derecho suspendidos del ejercicio de la notaría, se le ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial y entregarlos al Director de la Oficina de Inspección de Notarías para la investigación correspondiente e informe. Además, en virtud de esta suspensión inmediata e indefinida del ejercicio de la notaría, la fianza que garantiza las funciones notariales queda automáticamente cancelada. Asimismo, la fianza se considerará buena y válida por tres años después de su terminación, en cuanto a los actos realizados durante el periodo en que esta estuvo vigente.

Notifíquese por correo electrónico y ordinario.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              José Ignacio Campos Pérez
                              Secretario del Tribunal Supremo